**Order issued March 12, 2014.**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

## NO. 01-13-00227-CV

———————————

## JEREMY DION WASHINGTON, Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

### On Appeal from the County Criminal Court at Law No. 8
### Harris County, Texas
### Trial Court Case No. 1862655

---

### ORDER TO FILE REPORTER'S RECORD OR SHOW CAUSE

The reporter's record in the above referenced cause was originally due on

April 22, 2013. We previously granted three motions for extension of time to file

the reporter's record to the court reporter, Sondra Humphrey, extending the time to

August 21, 2013. On October 16, 2013, we ordered Sondra Humphrey to file the reporter's record no later than November 15, 2013. On February 6, 2014, we ordered Sondra Humphrey to file the reporter's record with the Clerk of this Court on or before February 28, 2014 at 5:00 p.m., and notified her that, if she did not file the reporter's record as ordered, the Court might require her to appear and show cause why the record was not filed. Nevertheless, Sondra Humphrey has not filed the reporter's record with this Court.

**Sondra Humphrey shall deliver the reporter's record pursuant to Appendix C of the Texas Rules of Appellate Procedure, Order Directing the Form of the Appellate Record, to the Clerk of the First Court of Appeals no later than 5:00 p.m. on March 24, 2014.**

**IF THE COURT REPORTER, SONDRA HUMPHREY, FAILS TO DELIVER THE REPORTER'S RECORD TO THE CLERK OF THIS COURT BY 5:00 P.M. ON MONDAY, MARCH 24, 2014, SONDRA HUMPHREY IS ORDERED TO APPEAR IN THE COURTROOM OF THE FIRST COURT OF APPEALS AT 301 FANNIN, HOUSTON, TEXAS 77002 AT 1:30 P.M. ON WEDNESDAY, MARCH 26, 2014, WITH COUNSEL OR PREPARED TO WAIVE HER RIGHT TO COUNSEL AND REPRESENT HERSELF, TO SHOW CAUSE WHY SHE SHOULD NOT BE HELD IN CONTEMPT OF COURT.**

**WE ADVISE SONDRA HUMPHREY THAT BECAUSE YOU ARE SUBJECT TO CRIMINAL PENALTIES, THAT IS INCARCERATION AND/OR A FINE UP TO $500, YOU HAVE A RIGHT TO COUNSEL DURING THESE PROCEEDINGS. IF YOU DESIRE TO HAVE COUNSEL, COUNSEL SHOULD BE PRESENT WITH YOU ON WEDNESDAY, MARCH 26, 2014, AND READY TO PROCEED WITH THE HEARING. IF YOU DO NOT HAVE COUNSEL WITH YOU, YOU SHOULD BE PREPARED TO WAIVE YOUR RIGHT TO COUNSEL.**

2

It is further ORDERED that the Clerk of this Court shall issue NOTICE TO FILE REPORTER'S RECORD, commanding Sondra Humphrey to file the reporter's record in the manner and within the time specified in this ORDER. A copy of this ORDER shall accompany this Notice.

The Court ORDERS that the NOTICE TO FILE REPORTER'S RECORD be personally served on Sondra Humphrey.

It is so ORDERED this 12th day of March 2014.

/s/ Jim Sharp

Jim Sharp
Justice